

**SO ORDERED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

**Tamara S. Russell**
**Jefferson District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

---

DISTRICT COURT, JEFFERSON COUNTY, COLORADO
100 Jefferson County Parkway
Golden, Colorado 80401
303.271.6145

**Plaintiff:**
RICHARD T. CLAPP, an individual,

v.

**Defendant**:
ENVIROCON, INC., a Montana corporation.

▲ COURT USE ONLY ▲

Case Number:  2012-CV-1141

Division:  4 / Courtroom: 5C

**ORDER GRANTING ENVIROCON, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S VERIFIED COMPLAINT**

Defendant Envirocon, Inc., having filed its Unopposed Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Verified Complaint, and the Court, having considered the same, hereby finds that the Motion should be GRANTED

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Envirocon, Inc. shall have a 20 day extension of time, up to and including May 6, 2012, to respond to Plaintiff's Verified Complaint.

DONE this _____ day of April, 2012.

BY THE COURT:

_____
District Court Judge

DEN 97795932v

This document constitutes a ruling of the court and should be treated as such.

| | |
|---:|:---|
| **Court:** | CO Jefferson County District Court 1st JD |
| **Judge:** | Tamara Russell |
| **Alternate Judge:** | Unassigned |
| **File & Serve Transaction ID:** | 43706320 |
| **Current Date:** | Apr 17, 2012 |
| **Case Number:** | 2012CV1141 |
| **Case Name:** | CLAPP, RICHARD T vs. ENVIROCON INC |
| **Court Authorizer:** | Tamara Russell |

**/s/ Judge Tamara Russell**