IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01090-REB-MJW

RICHARD T. CLAPP,

Plaintiff(s),

v.

ENVIROCON, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the plaintiff's Unopposed Motion to Reschedule the Scheduling/Planning Conference (Docket No. 13) is granted.  The Rule 16 Scheduling Conference set for August 1, 2012, at 1:30 p.m. is thus vacated and reset on August 29, 2012, at 3:00 p.m.

Date: July 30, 2012