# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  12-cv-01090-REB-MJW

RICHARD T. CLAPP,

     Plaintiff,

v.

ENVIROCON, INC., a Montana corporation,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss** [#30][1] filed May 24, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Stipulated Motion To Dismiss** [#30] filed May 24, 2013, is **GRANTED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set July 12, 2013, are **VACATED**;

3. That the jury trial set to commence July 29, 2013, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE**.

Dated May 29, 2013, at Denver, Colorado.

                                                      **BY THE COURT:**

                                                      */s/ Bob Blackburn*
                                                      Robert E. Blackburn
                                                      United States District Judge

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.