**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  12-cv-01090-REB-MJW

RICHARD T. CLAPP,

      Plaintiff,

v.

ENVIROCON, INC., a Montana corporation,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulated Motion To Dismiss** [#30][1] filed May 24, 2013.  After reviewing the motion and the record, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Stipulated Motion To Dismiss** [#30] filed May 24, 2013, is **GRANTED**;

      2.  That the Final Pretrial Conference and Trial Preparation Conference set July 12, 2013, are **VACATED**;

      3.  That the jury trial set to commence July 29, 2013, is **VACATED**; and

      4. That this action is **DISMISSED WITH PREJUDICE**.

      Dated May 29, 2013, at Denver, Colorado.

                                        **BY THE COURT:**

                                        Robert E. Blackburn
                                        United States District Judge

---

[1] "[#30]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.